**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER TO REINSTATE

Appellate case name:     *Sharon Huston v. United Parcel Services, Inc.*

Appellate case number:   01-12-00387-CV

Trial court case number: 2009-59257

Trial court:             270th District Court of Harris County

The court reported has filed with the Clerk of this Court the abatement hearing record and the trial court findings that comply with our November 14, 2013 Order of Abatement.  Therefore, we order the appeal **reinstated**.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                   ☒ Acting individually     ☐ Acting for the Court


Date:  February 4, 2014